IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO.: 3:21-mj-124-DSC |
| v. | ) | |
| | ) | |
| JOHAN MANUEL IBERRA | ) | |
| _____ | ) | |

## **ORDER DISMISSING COMPLAINT**

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the U.S. Marshals Service.

**SO ORDERED**.

Signed: May 26, 2021

_____
David S. Cayer
United States Magistrate Judge